1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8   GREGORY ELL SHEHEE,                    )
                                           )   1:12-cv-01395-AWI-JLT HC
9                    Petitioner,           )
                                           )
10                                         )   ORDER FOR ADDITIONAL RESPONSE
         v.                                )   FROM PETITIONER
11                                         )
                                           )
12  AUDREY KING,                           )
                                           )
13                   Respondent.           )
                                           )
14  _____

15         Petitioner is confined at the Coalinga State Hospital proceeding pro se with a petition for writ

16  of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his pre-conviction detention.

17         On November 21, 2012, the Magistrate Judge assigned to the case filed a Findings and

18  Recommendation ("F&R") recommending that the petition for writ of habeas corpus be DISMISSED

19  due to lack of exhaustion.  (Doc. 15).  The F&R was served on all parties and contained notice that

20  any objections were to be filed within twenty days from the date of service of that order.

21         On December 4, 2012, Petitioner filed objections to the F&R.  (Doc. 16).  In relevant part,

22  Petitioner argues that he has exhausted his administrative remedies because the California Supreme

23  Court summarily denied his petition.  See id.  Petitioner identifies the denied petition as bearing

24  California Supreme Court Case No. S202833.  See id.

25         As part of his objections, and as part of his petition, Petitioner submitted state court

26  documents.  Included were documents relating to two petitions in the California Supreme Court.  In

27  Case No. S202833, the California Supreme Court transferred the matter to the Fifth District Court of

28

                                             1

1   Appeal.  On June 7, 2012, the Fifth District Court of Appeal denied the petition.  On June 27, 2012,

2   Petitioner filed another petition in the California Supreme Court, Case No. S203603.  Case No.

3   S203603 was denied in one sentence by the California Supreme Court on July 18, 2012.

4        In light of the above, the Court is concerned whether there has been adequate exhaustion.

5   The California Supreme Court case number that Petitioner relies on, No. S202833, is not a denial

6   and does not show exhaustion.  Case No. S203603, however, is a denial.  Unfortunately, the Court

7   cannot tell whether Case No. S203603 is related to the claims that Petitioner makes in the case at bar.

8   The Court will give Petitioner one more opportunity to show exhaustion before deciding whether to

9   adopt the Findings and Recommendation.

10

11        Accordingly, IT IS HEREBY ORDERED that, no later than March 14, 2013, Petitioner shall

12   submit additional evidence on the issue of whether he has exhausted his state remedies, and in

13   particular the nature of Petitioner's California Supreme Court Case No. S203603.

14   IT IS SO ORDERED.

15   Dated:     February 25, 2013

16                                                        SENIOR  DISTRICT  JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2